# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Criminal Case No. 08-cr-00227-REB-01

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. JUAN MIGUEL AVILA-HERNANDEZ,

    Defendant.

# ORDER

**Blackburn, J.**

    The matter before me is a **Letter** [#77], filed May 7, 2009, from defendant to the court. Defendant pled guilty to one count of conspiracy to possess with intent to distribute 50 grams or more of methamphetamine. He was sentenced at the bottom of the applicable advisory sentencing guideline range to a term of 60 months imprisonment. Defendant asks me to "take another look into my case and consider some kind of 35-B motion[.]" Construing defendant's request as a motion for reduction in sentence pursuant to Fed.R.Crim.P. 35(b), it must be denied.

    Rule 35(b) contemplates a reduction of sentence *on the government's motion* for *substantial assistance*. As the instant request has not been filed by the government, Rule 35(b) is inapposite. Nor are the matters set forth by defendant relevant to the issue of substantial assistance. Instead, they concern defendant's past criminal history, employment record, and family circumstances. These matters were all considered

initially in determining an appropriate sentence.  (***See* Sentencing** at 2 [#73], filed February 4, 2009 (noting that court had considered, *inter alia*, the history and characteristics of the offender).)  Moreover, defendant's sentence was at the low end of the guideline range calculated by and clearly set forth in his plea agreement.  (***See* Plea Agreement** ¶ V.G. at 13 [#43], filed August 7, 2008.)  Given these circumstances, no further reduction is warranted.

      **THEREFORE, IT IS ORDERED** that defendant's **Letter** [#77], filed May 7, 2009, construed as a motion for relief under Rule 35(b) and/or as a motion for reduction of his sentence is **DENIED**.

      Dated May 14, 2009, at Denver, Colorado.

                          **BY THE COURT:**

                          */s/ Robert E. Blackburn*
                          Robert E. Blackburn
                          United States District Judge